1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-355-AWI-BAM
12 |                Plaintiff, | JOINT STIPULATION TO
                                CONTINUE STATUS CONFERENCE;
13 | v.                        | AND ORDER
14 | CESAR NAVA-REYES,
15 |                Defendant.

16

17    IT IS HEREBY STIPULATED by and between the parties and through their respective

18 attorneys of record that the first status conference in the above-captioned matter now scheduled for

19 December 9, 2013, may be rescheduled for January 27, 2014 at 1:00 p.m.

20    This continuance is at the request of the parties to allow additional time for investigation,

21 case preparation and negotiation.  The requested continuance will conserve time for both counsel

22 and the court.

23    The parties agree that the delay resulting from the continuance shall be excluded because the

24 ends of justice served in granting such a continuance outweigh the best interests of the public and

25 defendant in a speedy trial.

26 ///

27 ///

28

1

IT IS SO STIPULATED.

DATED: November 27, 2013            /s/ Melanie L. Alsworth
                                    MELANIE L. ALSWORTH
                                    Assistant United States Attorney

DATED: November 27, 2013            /s/ James Cesena
                                    JAMES CESENA
                                    Attorney for Defendant
                                    Attorney for Defendant Cesar Nava-Reyes

## ORDER

The First Status Conference hearing is continued from December 9, 2013 to January 27, 2014 at 1:00 PM before Judge McAuliffe.   18 USC 3161 - The ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated:   **December 2, 2013**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2