1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-355-AWI-BAM
12 |                Plaintiff, | JOINT STIPULATION TO
                                CONTINUE STATUS CONFERENCE;
13 | v.                        | AND  ORDER
14 | CESAR NAVA-REYES,
15 |                Defendant.

16

17     IT IS HEREBY STIPULATED by and between the parties and through their respective

18 attorneys of record that the second status conference in the above-captioned matter now scheduled

19 for March 24, 2014, may be rescheduled for April 28, 2014 at 1:00 p.m.

20     This continuance is at the request of the parties to allow additional time for investigation,

21 case preparation and plea negotiation.  The requested continuance will conserve time for both

22 counsel and the court.

23     The parties agree that the delay resulting from the continuance shall be excluded because the

24 ends of justice served in granting such a continuance outweigh the best interests of the public and

25 defendant in a speedy trial.

26 ///

27 ///

28

1    IT IS SO STIPULATED.

3    DATED:  March 14, 2014                    /s/ Melanie L. Alsworth
                                               MELANIE L. ALSWORTH
4                                              Assistant United States Attorney

5    DATED:  March 14, 2014                    /s/ James Cesena
                                               JAMES CESENA
6                                              Attorney for Defendant

                                               Attorney for Defendant Cesar Nava-Reyes

ORDER

IT IS SO ORDERED that the 2nd Status Conference is continued from March 24, 2014 to April 28, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 and 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 18, 2014**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE