# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

United States of America
v.
CESAR NAVA-REYES

)
)
)
)
)
)
)

Case No: 1:13CR00355-001

USM No: 70810-097

Date of Original Judgment: 08/19/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/29/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/05/2016

/s/ ANTHONY W. ISHII
*Judge's signature*

Effective Date: _____
*(if different from order date)*

HONORABLE ANTYHONY W. ISHII, U.S. District Court
*Printed name and title*